IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

R. DON THROGMARTIN                                              Case No. 9:09-bk-28555-BSS

               Debtor.

_____/

**TRUSTEE'S MOTION TO DETERMINE THAT CLAIM NO. 2-1
OF SUZANNE THROGMARTIN IS A DOMESTIC SUPPORT OBLIGATION**

    COMES NOW the Trustee, ROBERT E. TARDIF JR., and files this motion to determine whether Claim No. 2-1 of Suzanne Throgmartin is a claim for recovery of a domestic support obligation, which would entitle the claim to priority treatment and states as follows:

1. The Debtor filed a Chapter 7 Voluntary Petition for Relief on December 16, 2009.

2. The Trustee reviewed Claim 2-1, which was filed by Suzanne Throgmartin, the Debtor's ex-wife, in the amount of $302,00.00. The Claimant seeks priority treatment pursuant to 11 U.S.C. 507(a)(1).

3. Based upon the explanation provided in the memorandum attached to the claim, the Trustee believes that the claim is for a domestic support obligation. The Debtor, however, filed an objection to the claim on October 26, 2011 (Doc. No. 79), disputing the priority status of the claim.[1]

4. The Trustee seeks to avoid any delay that would be caused by an objection to the Trustee's Final Report based upon the treatment of Ms. Throgmartin's claim. Therefore, the Trustee requests that the Court determine that Claim No. 2-1 is, in fact, for a domestic support obligation while administration of the case is still occurring to avoid such delay.

    WHEREFORE the Trustee moves the Court for entry of an Order determining that Claim No. 2-1 is a claim based upon a domestic support obligation and, therefore entitled to priority.

*Certificate of Service*

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and Richard Johnston, Jr. and by regular U.S. Mail to R. Don Throgmartin, 11441 Longwater Chase Court, Fort Myers FL 33908 and all creditors and parties in interest listed on the matrix dated November 12, 2011

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Esquire
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756

---

[1] The Trustee filed a Motion to Strike the Debtor's objection to Suzanne Throgmartin's claim as well as his objection to other claims filed in the case based upon his lack of standing (Doc. No. 95).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:09-bk-28555-BSS<br>Middle District of Florida<br>Ft. Myers<br>Sat Nov 12 09:51:42 EST 2011 | John N. Brugger<br>600 Fifth Avenue S., #207<br>Naples, FL 34102-6642 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Scott Pitcher<br>Fortune Management<br>329 N. Main Street<br>Kokomo, IN 46901-4621 |
| Barry S. Schermer<br>Tampa | R. Don Throgmartin<br>11441 Longwater Chase Court<br>Fort Myers, FL 33908-4950 | Suzanne Throgmartin<br>214 Shadroe Cove Cir. # 104<br>Cape Coral, FL 33991-1061 |
| AAA Financial Services Visa<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | AT&T Wireless<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Alan M. Aronson<br>Rosenthal & Levy, PA<br>1645 Palm Bch Lakes Blvd.<br>Suite 350<br>West Palm Beach, FL 33401-2289 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Anthony & Marcia D'April<br>7166 Three Wood Dr.<br>Matthews, NC 28104-3194 | Aqua Care Pool & Spa, Inc.<br>21301 S. Tamiami Trail<br>Suite 320<br>Estero, FL 33928-2943 |
| August Mack Environmental<br>100 N. Senate Avenue<br>Indianapolis, IN 46204-2273 | Bailey & Lenda Smith<br>4100 New Port Place #910<br>Newport Beach, CA 92660-1442 | Baker & Daniels<br>300 N. Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204-1782 |
| Baker & Daniels<br>Jay Jaffe<br>Baker & Daniels LLP<br>600 East 96th St., Ste. 600<br>Indianapolis, IN 46240-3789 | Becket & Lee<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Bev Holwerda<br>960 Cape Marco Dr.<br>Unit 1904<br>Marco Island, FL 34145-6384 |
| Bluewater Coach Homes, Inc.<br>11441 Longwater Chase Court<br>Fort Myers, FL 33908-4950 | Brant England<br>2817 High Sail Court<br>Las Vegas, NV 89117-3521 | Bret & Laneen Burrows<br>22595 Schulley Road<br>Cicero, IN 46034-9739 |
| Brian & Linda Resny<br>2287 Foxboro Lane<br>Naperville, IL 60564-8457 | Bruce & Barbra Casper<br>P.O. Box 442<br>Mirror Lake, NH 03853-0442 | Century Link<br>5100 Daniels Pkwy<br>Fort Myers, FL 33912-1635 |
| Christopher Clark<br>Goodin Abernathy, LLP<br>8900 Keystone Crossing<br>Suite 1100<br>Indianapolis, IN 46240-2135 | Comcast - Eastlinks Ctr.<br>12641 Corporate Lakes Dr.<br>Fort Myers, FL 33913-7907 | Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808-1646 |

| | | |
|---|---|---|
| Dave & Jane Merryfield<br>N 18th W 28955 Golf Ridge S<br>Pewaukee, WI 53072 | David Fallons Lawn Service<br>P.O. Box 299<br>Estero, FL 33929-0299 | Dean Throgmartin<br>214 Shadroe Cove Circle<br>Unit 104<br>Cape Coral, FL 33991-1061 |
| Denise Throgmartin<br>5251 Primrose<br>Indianapolis, IN 46220-3314 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dianne Throgmartin<br>221 Shadroe Cove Circle<br>Unit 1301<br>Cape Coral, FL 33991-1063 |
| DirecTV<br>P.O. Box 6550<br>Englewood, CO 80155-6550 | Don Throgmartin, LLC<br>11441 Longwater Chase Court<br>Fort Myers, FL 33908-4950 | Ernst & Young<br>100 N. Tyron St.<br>Charlotte, NC 28202 |
| Estate Landscaping & Lawn<br>Management, LLC<br>P.O. Box 7258<br>Fort Myers, FL 33911-7258 | Eugene & Lori Reaves<br>28063 Fox Hollow Dr.<br>Shell Knob, MO 65747-7739 | Florida Power & Light<br>P.O. Box 025576<br>Miami, FL 33102-5576 |
| Forsyth & Brugger, P.A.<br>Attn; John Brugger<br>600 Fifth Avenue So.<br>Suite 207<br>Naples, FL 34102-6642 | Gerald & Pam Austin<br>1560 Island Dr., NE<br>Ham Lake, MN 55304-5644 | Gerald & Sharmon Hill<br>150 Island Way<br>Winter Haven, FL 33884-3623 |
| Goodin Abernathy, LLP<br>Attn: Wilson S. Stober<br>Attn: Christopher E. Clark<br>8900 Keystone Crossing #1100<br>Indianapolis, IN 46240-2135 | Iberia Bank<br>P.O. Box 413040<br>Naples, FL 34101-3040 | IberiaBank, successor to Orion Bank<br>Matt Seluk<br>IberiaBank, VP - Commercial Lender<br>6651 Orion Drive<br>Fort Myers, FL 33912-4319 |
| Indiana Dept. Environ Mgmt<br>100 N. Senate Avenue<br>Indianapolis, IN 46204-2210 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Janet & Richard Muncy<br>17 Violette Lane<br>Seabrook, NH 03874-4556 |
| Jim & Ann Fermoile<br>178 Shadroe Cove Cir. #901<br>Cape Coral, FL 33991-1040 | Joe & Kay Sanders<br>174 Shadroe Cove Cir. #1001<br>Cape Coral, FL 33991-1027 | Joseph Bonar<br>11028 Harbour Yacht Court<br>Fort Myers, FL 33908-1100 |
| Larry & Robin Becker<br>3749 N. Kitley<br>Indianapolis, IN 46226-5633 | Law Office of W. Bailey Smith<br>2603 Main Street, Ste. 1180<br>Irvine, CA 92614-4278 | Lee County Utilities<br>7391 College Parkway<br>Fort Myers, FL 33907-5548 |
| Lyle Flach<br>3004 Andy Road<br>Springfield, IL 62702-1097 | Mark R. Wenzel<br>Krieg DeVault, LLP<br>One Indiana Square<br>Suite 2800<br>Indianapolis, IN 46204-2079 | Marshall & Cindy White<br>1208 Willow Way<br>Noblesville, IN 46062-8534 |

Mary Prindle
11081 Sea Tropic Lane
Fort Myers, FL 33908-8289

McGregor Commons, Inc.
11441 Longwater Chase Court
Fort Myers, FL 33908-4950

Mike & Nancy Greenwald
10986 Starvation Lake Road,
Mancelona, MI 49659-8856

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Patrick Tippman and
Tippman Properties, Inc.
9009 Coldwater Road
Fort Wayne, IN 46825-2072

Paul & Patricia Johnson
305 Pearl Street
Kingston, NY 12401-5203

(c)PETER & LINDA MOLINARO
342 SAWMILL RD
STROUDSBURG PA  18360-7167

Ray & Barbara Frenz
7740 Mikayla Dr.
Westerville, OH 43082-8485

Regis Friday
178 Courtney Place
Wexford, PA 15090-9652

Rhen & Skinner, LLC
Attn: James Skinner
5 E. Simmons St.
Galesburg, IL 61401-4514

Richard Kraft
Piksim Blau
182 Shadroe Cove Cr. #802
Cape Coral, FL 33991-1046

Richard Neslund
11370 Longwater Chase Court
Fort Myers, FL 33908-4923

Robert & Brenda Bryant
Bryant Group, LLC
178 Shadroe Cove Cir. #1203
Cape Coral, FL 33991-1040

Robert & Elaine Gerrero
3015 SE 22nd Place
Cape Coral, FL 33904-4030

Robert Tracy, TACS
Management Co.
413 West Freemont St.
Galesburg, IL 61401-1676

Ronald T. Throgmartin
2725 Drayton Hall Dr.
Buford, GA 30519-5805

Russell & Linda Spotts
276 Forked Neck Road
Vincentown, NJ 08088-9569

Sam & Mary Shaffer
172 Barlow Dr.
Gettysburg, PA 17325

Sue Bidigare
37875 Deprez Court
Harrison Township, MI 48045-1920

Suzanne Throgmartin
214 Shadroe Cove Cir, #104
Cape Coral, FL 33991-1061

Sylvia & Lou Holloway
174 Shadroe Cove Cir. #1002
Cape Coral, FL 33991-1027

Thomas & Darlene Nuccio
2628 NW 4th Place
Cape Coral, FL 33993-8748

Thomas W. Franchino, P.A.
1250 N. Tamiami Trail
Naples, FL 34102-5248

Thomas William Franchino
1250 N. Tamiami Trail
Suite 106
Naples, FL 34102-5267

Tippmann & Dumas, LLC
Patrick K. Tippmann
9009 Coldwater Road
Fort Wayne, Indiana 46825-2072

Tom & Ann Marie Santelle
2481 Lyndon Drive
Uniontown, OH 44685-8303

W. Dexter Bender & Assoc.
4470 Camino Real Way
Suite 101
Fort Myers, FL 33966-1119

W.G. Throgmartin
15446 Carey Road
Carmel, IN 46033-9436

William & Loraine Holmes
1092 Bullet Hill Road
Southbury, CT 06488-2669

Richard A Johnston Jr+
Fowler, White, Boggs, P.A.
Post Office Box 1567
Fort Myers, FL 33902-1567

| | | |
|---|---|---|
| Robert E Tardif Jr.+<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | Michael P. Horan +<br>Trenam Kemker Scharf Barkin Frye et al.<br>1600 Bank of America Tower<br>200 Central Avenue<br>St. Petersburg, FL 33701 | Jeffrey W. Leasure +<br>Jeffrey W. Leasure, PA<br>P O Box 61169<br>Fort Myers, FL 33906-1169 |
| Robert E Tardif, Attorney for Trustee +<br>Robert E. Tardif, Jr., P.A.<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | United States Trustee - FTM7 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Christopher D Smith +<br>Smith & Dine, P.A.<br>5391 Lakewood Ranch Blvd<br>Suite 203<br>Sarasota, FL 34240-8617 |
| Michael L Schuster +<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>Suite 4400<br>Miami, FL 33131-2118 | Robert F Elgidely, Attorney for Trustee +<br>Genovese Joblove & Battista, P.A.<br>Bank of America Tower - 44th Floor<br>100 Southeast Second Street<br>Miami, FL 33131-2100 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Attn Chief Insolvency<br>PO Box 21126<br>Philadelphia PA 19114 | (d)Internal Revenue Service<br>Insolvency Unit STOP 5730-57<br>7850 SW 6th Court<br>Plantation, FL 33324 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Peter & Linda Molinaro
606 Sawmill Road
Stroudsburg, PA 18360

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)W. Gerald Throgmartin | End of Label Matrix<br>Mailable recipients    97<br>Bypassed recipients     1<br>Total                  98 |