

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/06/2011 04:00 PM

COURTROOM Room 4-117

**HONORABLE BARRY SCHERMER**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **9:09-bk-28555-BSS** | **7** | **12/16/2009** |

Chapter 7

**DEBTOR:**    R. Throgmartin

**DEBTOR ATTY:**    Richard Johnston

**TRUSTEE:**    Robert Tardif

**HEARING:**

(1) Debtor's Objection to Claim   6-1 of Baker & Daniels, LLP   (Doc #81)
*(2) Debtor's Objection to Claim   2-1 of Suzanne Throgmartin (Doc #79)
*(3) Debtor's Objection to Claim 8-1 of Indiana Dept. of Environmental Management (Doc #82)
*(4) Debtor's Objection to Claim   5-1 of Tippman & Dumas, LLC (Doc #80)
*(5) Trustee's Motion to Strike Debtor's Objections to Claims for Lack of Standing (Doc #95)
*(6) Trustee's Motion to Determine that Claim No. 2-1 of Suzanne Throgmartin is a Claim for a Domestic Support Obligation (Doc #99); Response by   W. Gerald Throgmartin (Doc #103); Response by Suzanne Throgmartin (Doc #105)

**APPEARANCES:**:
Richard Johnston, Jr.; Robert Tardif; Christopher Smith; Lara Fernandez
**RULING:**
(1) Debtor's Objection to Claim   6-1 of Baker & Daniels, LLP   (Doc #81):   Overruled as moot.   Order by Johnston; (2) Debtor's Objection to Claim   2-1 of Suzanne Throgmartin (Doc #79):   UNDER ADVISEMENT; (3) Debtor's Objection to Claim 8-1 of Indiana Dept. of Environmental Management (Doc #82):   Overruled without prejudice.   Order by Johnston; (4) Debtor's Objection to Claim   5-1 of Tippman & Dumas, LLC (Doc #80):   Overruled without prejudice.   Order by Johnston; (5) Trustee's Motion to Strike Debtor's Objections to Claims for Lack of Standing (Doc #95):   Granted in part, denied in part (as to Suzanne Throgmartin): Order by Johnston; (6) Trustee's Motion to Determine that Claim No. 2-1 of Suzanne Throgmartin is a Claim for a Domestic Support Obligation (Doc #99); Response by   W. Gerald Throgmartin (Doc #103); Response by Suzanne Throgmartin (Doc #105): UNDER ADVISEMENT
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>